UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **RUDOLPH HENRY ALLEN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | CASE NO.:  C V 4 1 8 - 2 6 3 |
| | ) | |
| **ILA LOCAL 1414, PRESIDENT TIMOTHY** | ) | |
| **MACKEY, FORMER PRESIDENTS** | ) | |
| **WILLIE SEYMOUR, BENNY BRYANT,** | ) | |
| **TOMMY STOKES, and HAROLD** | ) | |
| **DAGGETT,** | ) | |
| | ) | |
| **Defendants.** | ) | |

*NOTICE OF REMOVAL OF DEFENDANTS TIMOTHY MACKEY AND
INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL NUMBER 1414*

**COMES NOW DEFENDANTS TIMOTHY MACKEY INDIVIDUALLY** (hereinafter **"Mackey"**) **AND INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL NUMBER 1414 (hereinafter "Defendant Union")**, by and through their undersigned counsel, and hereby files this, their *Notice of Removal* of Civil Action No. SPCV18-01053AB, filed in the Superior Court of Chatham County, State of Georgia, and in support thereof states the grounds for removal as follows:

1.

The claims by Plaintiff Rudolph Henry Allen against Defendants involve matters over which the federal courts have jurisdiction pursuant to 28 U.S.C. §1331 and are therefore subject to removal pursuant to 28 U.S.C. §1441(c)(1).

2.

Copies of all pleadings served on Defendants are attached as **Exhibit 1**.

3.

Specifically, the claims by Plaintiff Rudolph Henry Allen against Defendants require interpretation of the *Agreements between the Georgia Stevedore Association and the International Longshoremen's Association Local 1414* (hereinafter the *"CBA"*), which is the *Collective*

Page **1** of **5**

**ALLEN v. ILA LOCAL 1414, et al**
*NOTICE OF REMOVAL OF DEFENDANTS TIMOTHY MACKEY AND*
*INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL NUMBER 1414*
**SUPERIOR COURT CIVIL ACTION NO.: SPCV-01053AB**

*Bargaining Agreement* governing the terms and conditions of employment between the multi-employer organization representing employers in the Port of Savannah and the bargaining unit members represented by Defendant Union. Plaintiff Rudolph Henry Allen's pleadings acknowledge that this case is based on contract. Plaintiff Rudolph Henry Allen alleges that he is entitled to seniority under the *CBA*, which has allegedly been denied to him since 1982. *See* Doc. 1-1, **Exhibit 1** *Plaintiff's Complaint* attached hereto, P. 8: "1982 is the contract year in question."; and Doc. 1-1, **Exhibit 1** *Plaintiff's Complaint* attached hereto, P. 9: "lack of access to L Card Seniority for (Claimant) in spite of the fact that ILA Pension And Welfare records prove that in CY 1982 (Claimant) earned the 700 hours required by the ILA Union Handbook as well as the ILA Master Contract/Collective Bargaining Agreement and should have been allowed participation in L Card Seniority at the end of that contract year."

4.

Section 301(a) of the Labor Management Relations Act, 29 U.S.C. §185(a), expressly vests federal courts with original jurisdiction over claims involving violation of contracts between an employer and a labor organization representing employees in an industry affecting commerce. Plaintiff's state-law claims against Defendants are preempted because said state-law claims seek to impose duties on Defendants governed by the *CBA* and require interpretation of the same.

5.

None of the other Defendants named in the pleadings have been formally served with process. Accordingly, pursuant to 28 U.S.C. §1441(c)(B)(2), all parties that have been served with process have consented to this removal.

6.

Pursuant to 28 U.S.C. §1446(b)(3), this *Notice of Removal* is timely because it is being filed within thirty (30) days from October 12, 2018, which is the date on which Defendants were served with a copy of the pleadings.

7.

A copy of this *Notice of Removal* has been sent to the Clerk of the Superior Court of

ALLEN v. ILA LOCAL 1414, et al
*NOTICE OF REMOVAL OF DEFENDANTS TIMOTHY MACKEY AND*
*INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL NUMBER 1414*
SUPERIOR COURT CIVIL ACTION NO.: SPCV-01053AB

Chatham County, State of Georgia, the venue in which said action commenced, and to all adverse parties in accordance with 28 U.S.C. §1446(d).

**WHEREFORE,** having fully complied with 28 U.S.C. §1446, Defendants hereby remove Civil Action No. SPCV-01053AB, filed in the Superior Court of Chatham County, State of Georgia, to this Court.

Respectfully submitted this 8th day of November, 2018.

**BIGNAULT & CARTER**

**BY /S/ W. PASCHAL BIGNAULT**
**W. PASCHAL BIGNAULT, GA. BAR #056862**

**BY /S/ CHARLES HERMAN**
**CHARLES HERMAN, GA. BAR #142852**
**FOR THE FIRM**

**ATTORNEYS FOR DEFENDANTS**

**PARK SOUTH - UNIT F9**
**7505 WATERS AVENUE**
**SAVANNAH, GEORGIA 31406**
**TELEPHONE : (912) 356-0388**
**FACSIMILE    : (912) 356-0399**
**E-MAIL: pbignault@bc-laws.com**
**E-MAIL: charles@charleshermanlaw.com**

ALLEN v. ILA LOCAL 1414, et al
*NOTICE OF REMOVAL OF DEFENDANTS TIMOTHY MACKEY AND*
*INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL NUMBER 1414*
SUPERIOR COURT CIVIL ACTION NO.: SPCV-01053AB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RUDOLPH HENRY ALLEN | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CASE NO.:** |
| | ) |
| ILA LOCAL 1414, PRESIDENT TIMOTHY | ) |
| MACKEY, FORMER PRESIDENTS | ) |
| WILLIE SEYMOUR, BENNY BRYANT, | ) |
| TOMMY STOKES, and HAROLD | ) |
| DAGGETT, | ) |
| | ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case with a copy of the foregoing *Notice of Removal of Defendants Timothy Mackey and International Longshoremen's Association Local Number 1414* by depositing in the United States Mail, a copy of the same in a properly addressed envelope with adequate postage thereon, addressed as follows:

Plaintiff, Mr. Rudolph Henry Allen
1115 E. 41st Street
Savannah, Georgia 31404

This 8th day of November, 2018.

BIGNAULT & CARTER

BY /S/ W. PASCHAL BIGNAULT
W. PASCHAL BIGNAULT, GA. BAR #056862

BY /S/ CHARLES HERMAN
CHARLES HERMAN, GA. BAR #142852
FOR THE FIRM

ATTORNEYS FOR DEFENDANTS

PARK SOUTH - UNIT F9
7505 WATERS AVENUE

Page **4** of 5

**ALLEN v. ILA LOCAL 1414, et al**
*NOTICE OF REMOVAL OF DEFENDANTS TIMOTHY MACKEY AND*
*INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL NUMBER 1414*
**SUPERIOR COURT CIVIL ACTION NO.: SPCV-01053AB**

SAVANNAH, GEORGIA 31406
TELEPHONE : (912) 356-0388
FACSIMILE    : (912) 356-0399
E-MAIL: pbignault@bc-laws.com
E-MAIL: charles@charleshermanlaw.com