**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| **RUDOLPH HENRY ALLEN** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CASE NO.: 4:18-cv-00263-RSB-JEG** |
| ) | |
| **ILA LOCAL 1414, PRESIDENT TIMOTHY** ) | |
| **MACKEY, FORMER PRESIDENTS** ) | |
| **WILLIE SEYMOUR, BENNY BRYANT,** ) | |
| **TOMMY STOKES, and HAROLD** ) | |
| **DAGGETT,** ) | |
| ) | |
|     **Defendants.** ) | |

*DEFENDANTS TIMOTHY MACKEY AND INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL NUMBER 1414'S MOTION TO DISMISS*

**COMES NOW DEFENDANTS TIMOTHY MACKEY INDIVIDUALLY (hereinafter "Mackey") AND INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL NUMBER 1414 (hereinafter "Defendant Union")**, by and through their undersigned counsel, without waiving any applicable defenses, and hereby files this, their *Motion to Dismiss* in the above-entitled action, and moves this Honorable Court pursuant to Fed. R. Civ. P. Rule 12(b)(6) to dismiss Plaintiff's *Complaint* filed against them for failure to state a claim upon which relief can be granted on the following grounds:

(1) Plaintiff's claims, insofar as they are against Defendant Mackey in his individual capacity, must be dismissed because Plaintiff has not alleged any specific conduct or omissions by Defendant Mackey and Defendant Mackey cannot be held individually liable for any alleged misconduct by Defendant Union;

(2) Plaintiff's claims against Defendants in their entirety are preempted by Section 301 of the Labor Management Relations Act, 29 U.S.C. §185(a) and the National Labor Relations Act and the Labor Management Relations Act are governed by the six-month statute of limitations in 29 U.S.C. § 160(b). Therefore, the statute of limitations bars Plaintiff's claims from proceeding;

(3) Plaintiff's *Complaint* against Defendants should be dismissed because Plaintiff's claim has been resolved by the September 13, 2007 decision of the Joint Labor and Management

ALLEN v. ILA LOCAL 1414, et al
CIVIL ACTION NO.
*DEFENDANTS TIMOTHY MACKEY AND ILA LOCAL 1414'S MOTION TO DISMISS*

Seniority Board in accordance with the *Agreements between the Georgia Stevedore Association and the International Longshoremen's Association, Local 1414* (hereinafter the "*CBA*"). The September 13, 2007 decision resulted in a written finding that Plaintiff "did not qualify for a seniority card during the period in question or any contract year subsequent." This decision was final and binding. Plaintiff did not challenge the decision within the statute of limitations for challenging the results of an arbitration proceeding and his claims are precluded.

In support of this *Motion*, Defendants submit herewith its brief containing argument and citation of authorities.

**WHEREFORE**, based upon the facts and applicable law stated herein, Defendants respectfully pray that its *Motion* be granted and that Plaintiff's *Complaint* against them be dismissed with prejudice, with all costs assessed against Plaintiff, and for such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted this 9th day of November, 2018.

**BIGNAULT & CARTER**

**BY /S/ W. PASCHAL BIGNAULT**
**W. PASCHAL BIGNAULT, GA. BAR #056862**

**BY /S/ CHARLES HERMAN**
**CHARLES HERMAN, GA. BAR #142852**
**FOR THE FIRM**

**ATTORNEYS FOR DEFENDANTS**

**PARK SOUTH - UNIT F9**
**7505 WATERS AVENUE**
**SAVANNAH, GEORGIA 31406**
**TELEPHONE   : (912) 356-0388**
**FACSIMILE    : (912) 356-0399**
**E-MAIL: pbignault@bc-laws.com**
**E-MAIL: charles@charleshermanlaw.com**

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| **RUDOLPH HENRY ALLEN** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO.: 4:18-cv-00263-RSB-JEG** |
| ) | |
| **ILA LOCAL 1414, PRESIDENT TIMOTHY** ) | |
| **MACKEY, FORMER PRESIDENTS** ) | |
| **WILLIE SEYMOUR, BENNY BRYANT,** ) | |
| **TOMMY STOKES, and HAROLD** ) | |
| **DAGGETT,** ) | |
| ) | |
|    **Defendants.** ) | |

### CERTIFICATE OF SERVICE

     This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing and by placing in U.S. mail with adequate postage thereon to the following:

Plaintiff, Mr. Rudolph Henry Allen
1115 E. 41st Street
Savannah, Georgia 31404

    This 9th day of November, 2018.

 

**BIGNAULT & CARTER**

**BY /S/ W. PASCHAL BIGNAULT**
**W. PASCHAL BIGNAULT, GA. BAR #056862**

**BY /S/ CHARLES HERMAN**
**CHARLES HERMAN, GA. BAR #142852**
**FOR THE FIRM**

**ATTORNEYS FOR DEFENDANTS**

**PARK SOUTH - UNIT F9**
**7505 WATERS AVENUE**
**SAVANNAH, GEORGIA 31406**
**TELEPHONE : (912) 356-0388**
**FACSIMILE     : (912) 356-0399**
**E-MAIL: pbignault@bc-laws.com**
**E-MAIL: charles@charleshermanlaw.com**