**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| **RUDOLPH HENRY ALLEN** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO.: 4:18-cv-00263-RSB-JEG |
| ) | |
| **ILA LOCAL 1414, PRESIDENT TIMOTHY** ) | |
| **MACKEY, FORMER PRESIDENTS** ) | |
| **WILLIE SEYMOUR, BENNY BRYANT,** ) | |
| **TOMMY STOKES, and HAROLD** ) | |
| **DAGGETT,** ) | |
| ) | |
| **Defendants.** ) | |

*DEFENDANTS' MOTION TO STAY DISCOVERY AND PRETRIAL DEADLINES AND INCORPORATED BRIEF IN SUPPORT*

**COMES NOW DEFENDANTS TIMOTHY MACKEY INDIVIDUALLY (hereinafter "Mackey") AND INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL NUMBER 1414 (hereinafter "Defendant Union")**, by and through their undersigned counsel, and respectfully move the Court for an order staying all discovery and pretrial deadlines until such time that the Court considers and renders a decision on *Defendants' Motion to Dismiss* (Doc. 6), filed November 9, 2018. In support of its *Motion*, Defendants respectfully show the Court the following:

**I.   Background**

**A.   Parties and Claims**

Plaintiff is a current bargaining unit member of Defendant Union, the bargaining unit representative for longshoremen in the Port of Savannah. Plaintiff's claims are based on the *Collective Bargaining Agreement* ("*CBA*") and Plaintiff alleges that he is entitled to L or M Card seniority. Plaintiff alleges that he has been denied this seniority classification since 1982.

**B.   Procedural Posture**

Plaintiff filed his Complaint in Chatham County Superior Court on October 9, 2018. (Doc. 1-1). On November 8, 2018, Defendants removed the underlying lawsuit to this court based on

**ALLEN v. ILA LOCAL 1414, et al**
**CIVIL ACTION NO.**
***DEFENDANTS TIMOTHY MACKEY AND ILA LOCAL 1414'S BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS***

Plaintiff's claims, which require interpretation of the *CBA* and are entirely preempted under Section 301 of the Labor Management Relations Act, 29 U.S.C. §185(a). Defendants moved this Court to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6), identifying various deficiencies, including but not limited to, the statute of limitations defense. (Doc. 6 and Doc. 7).

## II.    Argument

Because Rules 8(a) and 9(b) are pleading standards, which apply before discovery begins, district courts have broad discretion to stay discovery pending decision on a dispositive motion. *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1367 (11th Cir. 1997); *see also Inman v. Am. Paramount Fin.*, 517 F. App'x 744, 74849 (11th Cir. 2013). In *Chudasama*, the Eleventh Circuit held that the district court abused its discretion in allowing discovery to proceed without first ruling on the motion to dismiss. 123 F.3d at 1369.

Although a discovery stay is not automatic, as the Court has previously explained, "to evaluate stays of discovery pending a ruling on a dispositive motion, a court must take a preliminary peek to assess the likelihood that the motion will be granted." *Cooper v. Mayor & Alderman of the City of Savannah*, 4:16-cv-329, 2017 WL 778068, at *1 (S.D. Ga. Feb. 28, 2017) (Smith, J.) (original quotations omitted) (granting motion to stay pending resolution of defendant's motion to dismiss).

Upon taking that peek, the Court should find that Defendants' arguments in support of dismissal have "some heft and may well resolve this case entirely if not considerably narrow its scope." *See Cooper*, *supra* at *2. Unnecessary costs to the litigants and to the Court can be easily avoided by staying discovery prior to the elimination of legally unsupported claims. *See id*.

## III.   Conclusion

For the foregoing reasons, Defendants respectfully request that the Court temporarily stay all deadlines required under the Federal Rules of Civil Procedure and LR 26 pending the resolution of Defendants' Motion to Dismiss. (Doc. 6 and Doc. 7).

**ALLEN v. ILA LOCAL 1414, et al**
**CIVIL ACTION NO.**
*DEFENDANTS TIMOTHY MACKEY AND ILA LOCAL 1414'S BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS*

**WHEREFORE**, Defendants pray:

a. That the Court stay all discovery and pretrial deadlines imposed by the Federal Rules of Civil Procedure and LR 26 until such time that it has considered and rendered a decision regarding Defendants' Motion to Dismiss; and

b. For such other and further relief as this Court deems just and proper.

Respectfully submitted this 6th day of December, 2018.

**BIGNAULT & CARTER**

**BY /S/ W. PASCHAL BIGNAULT**
**W. PASCHAL BIGNAULT, GA. BAR #056862**

**BY /S/ CHARLES HERMAN**
**CHARLES HERMAN, GA. BAR #142852**
**FOR THE FIRM**

**ATTORNEYS FOR DEFENDANTS**

**PARK SOUTH - UNIT F9**
**7505 WATERS AVENUE**
**SAVANNAH, GEORGIA 31406**
**TELEPHONE   : (912) 356-0388**
**FACSIMILE    : (912) 356-0399**
**E-MAIL: pbignault@bc-laws.com**
**E-MAIL: charles@charleshermanlaw.com**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **RUDOLPH HENRY ALLEN** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| **v.** | )   **CASE NO.: 4:18-cv-00263-RSB-JEG** |
| | ) |
| **ILA LOCAL 1414, PRESIDENT TIMOTHY** | ) |
| **MACKEY, FORMER PRESIDENTS** | ) |
| **WILLIE SEYMOUR, BENNY BRYANT,** | ) |
| **TOMMY STOKES, and HAROLD** | ) |
| **DAGGETT,** | ) |
| | ) |
|    **Defendants.** | ) |

## *CERTIFICATE OF SERVICE*

     This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing and by placing in U.S. mail with adequate postage thereon to the following:

Plaintiff, Mr. Rudolph Henry Allen
1115 E. 41st Street
Savannah, Georgia 31404

     This 6th day of December, 2018.

                                  **BIGNAULT & CARTER**

                                  **BY /S/ W. PASCHAL BIGNAULT**
                                  **W. PASCHAL BIGNAULT, GA. BAR #056862**

                                  **BY /S/ CHARLES HERMAN**
                                  **CHARLES HERMAN, GA. BAR #142852**
                                  **FOR THE FIRM**

                                  **ATTORNEYS FOR DEFENDANTS**

**PARK SOUTH - UNIT F9**
**7505 WATERS AVENUE**
**SAVANNAH, GEORGIA 31406**
**TELEPHONE   : (912) 356-0388**
**FACSIMILE    : (912) 356-0399**
**E-MAIL: pbignault@bc-laws.com**
**E-MAIL: charles@charleshermanlaw.com**