UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RUDOLPH HENRY ALLEN, )
)
Plaintiff, )
)
v. ) CV418-263
)
ILA LOCAL 1414, *et al.*, )
)
Defendants. )

## ORDER

Defendant ILA Local 1414's motion to stay the case (doc. 12) pending resolution of defendants' motion to dismiss (doc. 6), which is unopposed, is **GRANTED**. *See* S.D. Ga. L. R. 7.5 ("Failure to respond within the applicable time period shall indicate that there is no opposition to a motion.").

**SO ORDERED,** this 8th day of January, 2019.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA