# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

RUDOLPH HENRY ALLEN,

    Plaintiff,

v.

ILA LOCAL 1414, TIMOTHY MACKEY,
WILLIE SEYMOUR BENNY BRYANT,
HAROLD DAGGETT, & TOMMY STOKES,

    Defendants.

CIVIL ACTION NO.: 4:18-cv-263

## O R D E R

This matter is before the Court on Defendant's Motion to Dismiss. (Doc. 6.) A motion to dismiss is dispositive in nature, meaning that granting a motion to dismiss could result in the dismissal of individual claims or an entire action. Consequently, the Court is reluctant to rule on the Motion to Dismiss without providing Plaintiff an opportunity to respond or advising Plaintiff of the consequences for failing to respond.[1]

Accordingly, the Court **ORDERS** Plaintiff to file a response either opposing or indicating his lack of opposition to Defendant's Motion to Dismiss within **twenty-one (21) days** of the date of this Order. **If Plaintiff fails to file a timely response, the Court will presume that Plaintiff does not oppose the Motion and may dismiss individual claims or the entire**

---

[1] Granting a motion to dismiss without affording a plaintiff either notice or an opportunity to be heard is disfavored. Tazoe v. Airbus S.A.S., 631 F.3d 1321, 1336–37 (11th Cir. 2011); see also Neitzke v. Williams, 490 U.S. 319, 329–30 (1989) (A notice of a motion to dismiss "alert[s plaintiff] to the legal theory underlying the defendant's challenge" and enables him to meaningfully respond "by opposing the motion to dismiss on legal grounds or by clarifying his factual allegations [in an amended complaint] so as to conform with the requirements of a valid legal cause of action.").

**action.** See Local R. 7.5 ("Failure to respond . . . shall indicate that there is no opposition to a motion.").

Plaintiff may also choose to amend his Complaint to cure any deficiencies noted in the Motion to Dismiss. See Fed. R. Civ. P. 15(a)(1)(B). If Plaintiff decides to file an amended complaint, he must do so within **twenty-one (21) days** of the date of this Order. However, if Plaintiff has previously filed an amended complaint in this case, he must first file a motion for leave to amend before filing another amended complaint. Fed. R. Civ. P. 15(a)(2).

To ensure that Plaintiff's response is made with fair notice of the requirements of the Federal Rules of Civil Procedure regarding motions to amend, motions to dismiss, generally, and motions to dismiss for failure to state a claim upon which relief may be granted, specifically, the Court **DIRECTS** the Clerk of Court to provide a copy of Federal Rules of Civil Procedure 12, 15, and 41 when serving this order upon Plaintiff.

**SO ORDERED**, this 11th day of January, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA