# United States District Court
## Southern District of Georgia

RUDOLPH HENRY ALLEN,

Plaintiff,

v.

ILA LOCAL 114, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:18-cv-263

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated May 7, 2019, this action is dismissed without prejudice for failure to follow the Court's directive and failure to prosecute. This case stands closed.

Approved by: _____

May 10, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk